# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GENERAL STAR NATIONAL INSURANCE COMPANY,

    Plaintiff,

v.

ASSET REALTY LLC dba CENTURY 21 NORTHWEST, CHARD BARRON STOREY, et al.

    Defendants,

v.

CENTURY 21 REAL ESTATE LLC,

    Intervenor Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.   2:22-CV-1168-DWC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Century 21 Real Estate LLC, the intervenor defendant, is an indispensable party and, thus, diversity jurisdiction is destroyed. Accordingly, this action is dismissed without prejudice.

Dated this 29th day of November, 2023.

                                                                                 RAVI SUBRAMANIAN
                                                                                Clerk

                                                                                /s Kim Brye
                                                                                Deputy Clerk